# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FREDERICK'S OF HOLLYWOOD, INC., et al.,¹                      :    Case No. 15-_____ (__)
                                                              :
                                                              :
                                      Debtors.                :    (Joint Administration Requested)
------------------------------------------------------------  x
```

**DEBTORS' MOTION FOR ENTRY OF AN ORDER EXPEDITING
CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD
APPLICABLE TO, THE BID PROCEDURES COMPONENT OF THE
DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)(A) APPROVING
PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY
ALL OF CERTAIN DEBTORS' ASSETS, (B) APPROVING STALKING
HORSE PROTECTIONS, (C) SCHEDULING RELATED AUCTION AND
HEARING TO CONSIDER APPROVAL OF SALE, (D) APPROVING
PROCEDURES RELATD TO ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
AND (E) APPRVOING FORM AND MANNEROF NOTICE THEREOF,
AND (II)(A) AUTHORIZING SALE OF SUBSTANTIALLY
ALL OF CERTAIN DEBTORS' ASSETS PURSUANT TO
SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT,
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS, AND (B) APPROVING ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
<u>UNEXPIRED LEASES RELATED THERETO</u>**

Frederick's of Hollywood, Inc. and its affiliated debtors and debtors-in-possession (each, a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>") hereby file this motion (the "<u>Motion to Shorten</u>") seeking entry of an order pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), rule 9006 of the Federal Rules of Bankruptcy Procedure (as amended, the "<u>Bankruptcy Rules</u>"), and rules 6004-1 and 9006-1 of the Local

---

¹ The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (i) FOHG Holdings, LLC (7902); (ii) Frederick's of Hollywood Group Inc. (3042); (iii) FOH Holdings, Inc. (5442); (iv) Frederick's of Hollywood, Inc. (6265); (v) Frederick's of Hollywood Stores, Inc. (8882); and (vi) Hollywood Mail Order, LLC (5205). The debtors' principal offices are located at 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028.

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), expediting consideration of, and shortening the notice period applicable to, the Debtors' Motion for Entry of an Order (I)(A) Approving Procedures in Connection with Sale of Substantially All of Certain Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Approving Form and Manner of Notice Thereof, and (II)(A) Authorizing Sale of Substantially All of Certain Debtors' Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto (the "Bid Procedures and Sale Motion") solely with respect to the Bid Procedures (as defined below). In support of this Motion to Shorten, the Debtors respectfully state as follows:

## Jurisdiction and Venue

1. This Court (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Debtors consent to the entry of a final order by the Court in connection with this Motion to Shorten to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3. On April 19, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code. No party has requested the appointment of a trustee or examiner and no committee has been appointed or designated in these chapter 11 cases. The Debtors' request for joint administration of these chapter 11 cases for procedural purposes only is currently pending.

4. Tracing their origins to 1946, the Debtors sell high quality women's apparel and related products under their proprietary Frederick's of Hollywood® brand. Since their inception, the Debtors have remained a market leader and innovator in the female fashion and lingerie industry. The Debtors' major merchandise categories are foundations (including various types of undergarments), lingerie (including daywear and sleepwear), ready-to-wear (dresses and sportswear, including denim), and fragrance and accessories (including shoes, handbags, jewelry, personal care products, and novelties). At their height, the Debtors operated over 200 retail stores across the United States, as well as maintained a robust mail catalog and an e-commerce business through their website at www.fredericks.com.

5. The Debtors were compelled to commence these chapter 11 cases amidst a sustained decline in operating revenue attributable to increased competition from other apparel retailers and brands, decreased foot traffic in shopping malls, and weak discretionary spending by target consumers due to the recent economic downturn. This confluence of factors, together with the rising cost of wholesale inventory and onerous real property lease terms, ultimately resulted in the cessation of the Debtors' retail store operations prior to the Petition Date.

6. Through these chapter 11 cases, the Debtors seek to effectuate a sale of their e-commerce business – including their intellectual property and remaining inventory – pursuant to a competitive bidding process that will maximize value for their stakeholders and inure to the benefit of all parties in interest.

7. Additional information regarding the Debtors' businesses, assets, capital structure, and the circumstances leading to the filing of these chapter 11 cases is set forth in the Declaration of William Soncini in Support of Chapter 11 Petitions and First Day Pleadings of Frederick's of Hollywood, Inc. and its Affiliated Debtors and Debtors in Possession (the "First Day Declaration"), which is being filed contemporaneously herewith and is incorporated by reference herein.

**Relief Requested**

8. By this Motion to Shorten, the Debtors seek entry of an order, pursuant to section 105(a) of the Bankruptcy Code, rule 9006 of the Bankruptcy Rules, and rules 6004-1 and 9006-1 of the Local Rules, expediting consideration of, and shortening the notice period applicable to, the Bid Procedures component of the Bid Procedures and Sale Motion. Specifically, the Debtors respectfully request that this Court schedule a hearing (the "Bid Procedures Hearing") to consider the proposed Bid Procedures and related matters on or before May 4, 2015.

9. The Debtors also request that the Court direct that objections or other responses to the proposed Bid Procedures be filed and served by no later than April 30, 2015 at 4:00 p.m. (prevailing Eastern Time), which is four days in advance of the Bid Procedures Hearing upon (i) the Debtors, c/o Frederick's of Hollywood, Inc., 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028 (Attn: William Soncini (Bill.Soncini@fredericks.com)), (ii) Debtors' counsel, (a) Milbank, Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, NY 10005 (Attn: Tyson M. Lomazow, Esq. (TLomazow@milbank.com) and Matthew Brod, Esq. (MBrod@milbank.com)), and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Russell C. Silberglied, Esq. (silberglied@rlf.com) and Zachary I. Shapiro, Esq. (shapiro@rlf.com)), (iii) counsel to the DIP Agent and Prepetition Agent: Greenberg Traurig, One International Place, 20th Floor, Boston,

4

MA 02110 (Attn: Jeffrey M. Wolf, Esq. facsimile: (617) 279-8447, email: wolfje@gtlaw.com) and Greenberg Traurig, 200 Park Avenue, New York, NY 10062 (attn.: Matthew L. Hinker, Esq., facsimile: (212) 801-6400, email: hinkerm@gtlaw.com), (iv) counsel to Front Street Re (Cayman) Ltd.: Drinker Biddle & Reath LLP, 600 Campus Drive, Florham Park, NJ 07932-1047, (Attn: Robert K. Malone, Esq., facsimile: (973) 360-9831, email: robert.malone@dbr.com and Maria A. Dantas, Esq., facsimile: (973) 360-9831, email: maria.dantas@dbr.com), (v) the Stalking Horse Purchaser's counsel, DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL 60601 (Attn: Richard A. Chesley, Esq. (richard.chesley@dlapiper.com)), (vi) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq. (Juliet.M.Sarkessian@usdoj.gov)), and (vii) counsel to any official committee of unsecured creditors.

10.     In addition, the Debtors request that any replies to objections to the Bid Procedures be submitted one day before the Bid Procedures Hearing.

## Basis for Relief

11.     Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Furthermore, Local Rule 6004-1(c) provides that the Bid Procedures can be heard on shortened notice under "compelling circumstances" and the motion requesting such shortened notice may be heard at the first day hearing.

12.     Good cause and compelling circumstances are clearly present warranting expedited consideration of the Bid Procedures. As set forth in the Bid Procedures and Sale Motion, the Debtors have determined that an approximately forty-four day section 363 sale

process for substantially all of the Debtors' assets will maximize value to the greatest extent possible and generate the highest possible recoveries in an efficient and expeditious manner. It is imperative that comprehensive bid procedures be established as soon as possible to encourage potential bidders to commit the time and substantial resources necessary to conduct due diligence regarding the Debtors' assets and formulate a bid. The Debtors believe a prompt, organized, and comprehensive sale process will produce the highest or best bid and maximize value for the Debtors' stakeholders. The Bid Procedures seek to put in place that organized, comprehensive process, and this Motion to Shorten seeks to commence that process promptly. In addition, the asset purchase agreement with the Debtors' stalking horse purchaser requires the Debtors to use their commercially reasonable best efforts to obtain entry of an order approving the Bid Procedures by the earlier of (i) seven days following the formation of a creditor's committee and (ii) fifteen days after the Petition Date.

13.    Accordingly, the Debtors are requesting that the Bid Procedures Hearing be held no later than May 4, 2015. The Debtors submit that fifteen days is more than ample time for parties-in-interest, including any statutory committee that might be formed in these chapter 11 cases, to review, evaluate, and comment on the Bid Procedures. Similar relief has been granted on numerous occasions. See, e.g., In re Littleford Day, Inc., No. 15-10722 (KG) (Bankr. D. Del. April 8, 2015) (shortening notice on bid procedures); In re Karmaloop, Inc., No. 15-10635 (MFW) (Bankr. D. Del. Mar. 31, 2015) (same); In re ProNerve Holdings, LLC, No. 15-10373 (KJC) (Bankr. D. Del. Feb. 26. 2015) (same); In re Radioshack Corporation, No. 15-10197 (BLS) (Bankr. D. Del. Mar. 4, 2015) (same); In re Cache, Inc., No. 15-10172 (MFW) (Bankr. D. Del. Feb. 5, 2015) (same); In re Deb Stores Holding LLC, No. 14-12676 (KG) (Bankr. D. Del. Dec. 5, 2014) (same). Moreover, the Debtors intend to work in good faith with all parties-in-

interest to address any issues concerning the proposed Bid Procedures prior to the Bid Procedures Hearing.

14. The Debtors will provide notice of this Motion to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims on a consolidated basis; (iii) counsel to Salus Capital Partners, LLC, in its capacity as the administrative and collateral agent under the Debtors' prepetition credit facility and in its capacity as the administrative and collateral agent under the Debtors' proposed debtor-in-possession financing facility; (iv) any banking or financial institution that holds the Debtors' accounts; (v) any known Dark Store Lease Counterparty; and (viii) all parties entitled to notice pursuant to Local Rule 9013-1(m). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Debtors respectfully request that this Court enter an Order, (i) granting the relief requested in this Motion to Shorten, (ii) scheduling the Bid Procedures Hearing on or before May 4, 2015, (iii) requiring that objections and other responses to the Bid Procedures be filed and served no later than April 30, 2015 at 4:00 p.m. (prevailing Eastern Time) four days in advance of the Bid Procedures Hearing, (iv) requiring that any replies to objections to the Bid Procedures be filed one day prior to the Bid Procedures Hearing, and (v) granting Debtors such other and further relief as the Court deems just and proper.

Dated: April 20, 2015
Wilmington, Delaware

        Respectfully submitted,

        **RICHARDS, LAYTON & FINGER, P.A.**

        /s/ Russell C. Silberglied
        Russell C. Silberglied (No. 3462)
        Zachary I. Shapiro (No. 5103)
        One Rodney Square
        920 North King Street
        Wilmington, DE 19801
        Telephone:   (302) 651-7700
        Facsimile:    (302) 651-7701
        Email:        silberglied@rlf.com
                      shapiro@rlf.com

        -and-

        **MILBANK, TWEED, HADLEY & M$^c$CLOY LLP**
        Tyson M. Lomazow (*pro hac vice* admission pending)
        Matthew Brod (*pro hac vice* admission pending)
        One Chase Manhattan Plaza
        New York, NY 10005
        Telephone:   (212) 530-5000
        Facsimile:    (212) 530-5219
        Email:        tlomazow@milbank.com
                      mbrod@milbank.com

        *Proposed Counsel to Debtors and Debtors in Possession*