IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FREDERICK'S OF HOLLYWOOD, INC., *et al.*,[1] | Case No. 15-10836 (__) |
| Debtors. | (Joint Administration Requested) |

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS[2]**

- A. <u>Voluntary Petitions</u>:

    1. Frederick's of Hollywood, Inc.
    2. Frederick's of Hollywood Group Inc.
    3. FOH Holdings, Inc.
    4. Frederick's of Hollywood Stores, Inc.
    5. Hollywood Mail Order, LLC
    6. FOHG Holdings, LLC

- B. Declaration of William Soncini in Support of Chapter 11 Petitions and First Day Pleadings of Frederick's of Hollywood, Inc. and its Affiliated Debtors and Debtors in Possession [Docket No. 4 - filed April 20, 2015]

- C. <u>First-Day Motions</u>:

    1. Debtors' Motion for Entry of Order Directing Procedural Consolidation and Joint Administration of Chapter 11 Cases [Docket No. 3 - filed April 20, 2015]

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (i) FOHG Holdings, LLC (7902); (ii) Frederick's of Hollywood Group Inc. (3042); (iii) FOH Holdings, Inc. (5442); (iv) Frederick's of Hollywood, Inc. (6265); (v) Frederick's of Hollywood Stores, Inc. (8882); and (vi) Hollywood Mail Order, LLC (5205). The debtors' principal offices are located at 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028.

[2] Upon receiving the date and time of the "first day" hearing (the "<u>First Day Hearing</u>") from the assigned Judge's chambers, the above-captioned debtors will file and serve a notice of First Day Hearing in accordance with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. All motions and other pleadings referenced herein are available online at the following address: http://www.kccllc.net/fredericks.

2. Debtors' Motion for Entry of Order Authorizing the Debtors to File Consolidated List of Creditors in Lieu of Submitting Separate Mailing Matrix for Each Debtor [Docket No. 5 - filed April 20, 2015]

3. Debtors' Application for Entry of Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 6 - filed April 20, 2015]

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Relating Thereto, (C) Maintain Existing Business Forms, and (D) Continue Performing and Granting Administrative Priority for Intercompany Transactions, (II) Granting the Debtors an Extension to Comply with the Requirements of Section 345(b), and (III) Scheduling a Final Hearing [Docket No. 7 - filed April 20, 2015]

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, and Other Compensation, and Employee Benefits, and (B) Continue Existing Employee Benefit Plans and Programs, (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 8 - filed April 20, 2015]

6. Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Scheduling a Final Hearing [Docket No. 9 - filed April 20, 2015]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Debtors' Insurance Programs, (B) Pay Certain Obligations in Respect Thereof Postpetition, (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 10 - filed April 20, 2015]

8. Debtors' Motion for Entry of Order (I) Authorizing Debtors to Remit and Pay Certain Prepetition Taxes, Governmental Assessments, and Fees, and (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing [Docket No. 11 - filed April 20, 2015]

9. Debtors' Motion for Entry of Order (I) Authorizing Debtors to (A) Maintain Certain Customer Programs and (B) Honor or Pay Certain

      Prepetition Obligations Related Thereto, and (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing [Docket No. 12 - filed April 20, 2015]

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Certain Lien Holders, and (B) Critical Vendors and Service Providers, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (III) Scheduling a Final Hearing [Docket No. 13 - filed April 20, 2015]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), and 503(b) of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Providing Adequate Protection to the Prepetition Lenders Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code, (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code, (V) Scheduling a Final Hearing, and (VI) Providing Related Relief [Docket No. 14 - filed April 20, 2015]

    Related Document:

    i. Declaration of Michael O'Hara in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), and 503(b) of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Providing Adequate Protection to the Prepetition Lenders Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code, (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code, (V) Scheduling a Final Hearing, and (VI) Providing Related Relief [Docket No. 15 - filed April 20, 2015]

12. Debtors' Motion for Entry of an Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Bid Procedures Component of the Debtors' Motion for Entry of an Order (I)(A) Approving Procedures in Connection with Sale of Substantially All of Certain Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Approving Form and Manner of Notice Thereof, and (II)(A) Authorizing Sale of Substantially All of Certain Debtors' Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (B) Approving Assumption and Assignment of

Certain Executory Contracts and Unexpired Leases Related Thereto [Docket No. 19 - filed April 20, 2015]

Related Documents:

i. Debtors' Motion for Entry of an Order (I)(A) Approving Procedures in Connection with Sale of Substantially All of Certain Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Approving Form and Manner of Notice Thereof, and (II)(A) Authorizing Sale of Substantially All of Certain Debtors' Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [Docket No. 16 - filed April 20, 2015]

ii. Declaration of Michael A. O'Hara in Support of Debtors' Motion for Entry of an Order (I)(A) Approving Procedures in Connection with Sale of Substantially All of Certain Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Approving Form and Manner of Notice Thereof, and (II)(A) Authorizing Sale of Substantially All of Certain Debtors' Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [Docket No. 18 - filed April 20, 2015]

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RLF1 11785822v.2

- 5 -

Dated: April 20, 2015
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, PA**

/s/ *Zachary I. Shapiro*
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  silberglied@rlf.com
  shapiro@rlf.com
  barsalona@rlf.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Tyson M. Lomazow (*pro hac vice* admission pending)
Matthew Brod (*pro hac vice* admission pending)
One Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:  tlomazow@milbank.com
  mbrod@milbank.com

*Proposed Counsel to Debtors and Debtors in Possession*