# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                 Chapter 11

FREDERICK'S OF HOLLYWOOD, INC., *et al.*,[1]    Case No. 15-10836 (KG)

                                         (Jointly Administered)

                    Debtors.

------------------------------------------------------------- x    **Re: Docket Nos. 16 & 19**

### ORDER EXPEDITING CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD APPLICABLE TO, THE BID PROCEDURES COMPONENT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)(A) APPROVING PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF CERTAIN DEBTORS' ASSETS, (B) APPROVING STALKING HORSE PROTECTIONS, (C) SCHEDULING RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE, (D) APPROVING PROCEDURES RELATD TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (E) APPRVOING FORM AND MANNER OF NOTICE THEREOF, AND (II)(A) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF CERTAIN DEBTORS' ASSETS PURSUANT TO SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned

debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") seeking

entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, rule 9006 of

the Bankruptcy Rules, and rules 6004-1 and 9006-1 of the Local Rules, expediting consideration

of, and shortening the notice period applicable to, the Bid Procedures component of the Debtors'

---

[1]     The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (i) FOHG Holdings, LLC (7902); (ii) Frederick's of Hollywood Group Inc. (3042); (iii) FOH Holdings, Inc. (5442); (iv) Frederick's of Hollywood, Inc. (6265); (v) Frederick's of Hollywood Stores, Inc. (8882); and (vi) Hollywood Mail Order, LLC (5205). The debtors' principal offices are located at 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028.

[2]     Capitalized terms not otherwise defined herein shall the meanings given to them in the Motion to Shorten.

Motion for Entry of an Order (I)(A) Approving Procedures in Connection with Sale of Substantially All of Certain Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Approving Form and Manner of Notice Thereof, and (II)(A) Authorizing Sale of Substantially All of Certain Debtors' Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, all as more fully set forth in the Motion to Shorten; and this Court possessing jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion to Shorten were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion to Shorten and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

      1.     The Motion to Shorten is granted as set forth herein.

2.    A hearing to consider the Bid Procedures shall be held on May _6_, 2015 at _9_:_00_ _A_.m. (prevailing Eastern Time).

3.    All objections and/or other responses to the Bid Procedures shall be (i) filed with the Court and (ii) served so as to be actually received, by no later than ~~April~~ MAY _5_, 2015 at _12_:_00_ _P_.m. (prevailing Eastern Time), by (a) the Debtors, c/o Frederick's of Hollywood, Inc., 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028 (Attn: William Soncini (Bill.Soncini@fredericks.com)), (b) Debtors' counsel, (i) Milbank, Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, NY 10005 (Attn: Tyson M. Lomazow, Esq. (TLomazow@milbank.com) and Matthew Brod, Esq. (MBrod@milbank.com)), and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Russell C. Silberglied, Esq. (silberglied@rlf.com) and Zachary I. Shapiro, Esq. (shapiro@rlf.com)), (c) the Stalking Horse Purchaser's counsel, DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL 60601 (Attn: Richard A. Chesley, Esq. (richard.chesley@dlapiper.com)), (d) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq. (Juliet.M.Sarkessian@usdoj.gov)), and (e) counsel to any official committee of unsecured creditors.

4.    Any replies to objections to the Bid Procedures shall be submitted one day before the Bid Procedures Hearing.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _April 21_, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE