**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Frederick's of Hollywood, Inc., *et al.* | : | Case No. 15-10836 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| -------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.       **Longray Intimates LLC**, Attn: Lauren Jia Tan, 1450 Dorothea Rd., LaHabra Heights, CA 90631, Phone: 626-808-1197

2.       **Montelle Intimates Inc.,** Attn: William Haddad, 9250 av du Parc Suite 550, Montreal, Quebec, Canada H2N 1Z2, Phone: 514-383-3739, Fax: 514-383-2699

3.       **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 N. Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

4.       **National Corset Supply House**, Attn: Kirk Schlobohm, 3240 East 26th St., Vernon, CA 90058, Phone: 323-261-0265, Fax: 323-261-3866

5.       **Ascension Lingerie & Swimsuit**, Attn: Nicolas Attard, 3520 NW 46th St., Miami, FL 33142, Phone: 305-531-2929 x 305, Fax: 305-636-0900

6.       **Wonder Form Imports Inc**., Attn: Gerry Petriello, 90 Blvd. St. Laurent, Montreal, Quebec, Canada, H2N 1M7, Phone: 514-388-5010, Fax: 514-388-7195

7.       **Simon Property Group**, Attn: Ronald M. Tucker, 225 West Washington, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ Juliet Sarkessian for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: April 28, 2015

Attorney assigned to this Case: Juliet Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Agatha Christina Mingos, Esquire, Phone: (302) 467-4522, Fax: (302) 467-4555