# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OLD FOH, INC. (f/k/a Frederick's of Hollywood, Inc., *et al.*,[1] | Case No. 15-10836 (KG) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 372** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Second Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2015 Through June 30, 2015** [D.I. 372] (the "Application"), filed on August 14, 2015. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than September 3, 2015 at 4:00 p.m.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 173], dated May 18, 2015, the Debtors

---

[1] The Debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (i) FOHG Holdings, LLC (7902); (ii) FOH Group Inc. (f/k/a Frederick's of Hollywood Group, Inc.) (3042); (iii) FOH Holdings, Inc. (5442); (iv) Old FOH, Inc. (f/k/a Frederick's of Hollywood, Inc.) (6265); (v) FOH Stores, Inc. (f/k/a Frederick's of Hollywood Stores, Inc.) (8882); and (vi) Hollywood Mail Order, LLC (5205). The debtors' principal offices are located at 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028.

{BAY:02768268v2}

are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: September 8, 2015
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

COOLEY LLP
Jeffrey L. Cohen
Seth Van Aalten
Robert Winning
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: jcohen@cooley.com
       svanaalten@cooley.com
       rwinning@cooley.com

*Co-Counsel for the Official Committee of Unsecured Creditors*