# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | OLD FOH, INC |
| **Case Number:** | 15-10836-KG      **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 03, 2015 02:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | AL LUGANO |

### Matter:

Confirmation

**R / M #:**   475 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:

#1 - Approved -  ORDER SIGNED - DATE -  FINAL FEE APPLICATIONS - 12/21/15 @ 11 AM